**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
(973) 360-7900
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEBASTIAN E. LENTINI, QSC ENTERPRISES, INC., QSC II, INC., QSC III, INC., QSC IV, INC., TLC ENTERPRISES, INC., and M&A ENTERPRISES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>MCDONALD'S USA, LLC; INGRID RODRIGUEZ, MWAFFAK KANJEE, MATHEW AJAYI, UNIDENTIFIED CORPORATE ENTITIES A-Z and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. _____ |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MCDONALD'S USA, LLC PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant McDonald's USA, LLC, by and through its undersigned counsel, states that it is a wholly-owned subsidiary of McDonald's Corporation, which is a publicly held corporation.

2

        **GREENBERG TRAURIG, LLP**
        500 Campus Drive; Suite 400
        Florham Park, NJ 07932-0677
        973-360-7900

        By:  s/Aaron Van Nostrand
        Aaron Van Nostrand
        *Attorneys for Defendants*

Dated:  February 4, 2019